IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Claude Franklin Garner, Jr. | ) Bankruptcy Case No. 05-30449 |
| | ) Chapter 13 |
| Debtor | ) Judge Brizendine |

## AMENDMENT

COMES NOW the Debtor, Claude Franklin Garner, Jr., by and through his attorney, Corinne R. Rutzke and amends Schedule I as follows:

Wife's gross income should be $2,235.00 not $2,220.00 and Wife's payroll taxes and social security deductions should be $460.96 not $400.00. A revised Schedule I is attached.

Schedule J is amended to show that Debtor's food expense should be $354.04 not $400.00. A revised Schedule J is attached. A new Summary of Schedules is attached.

Respectfully Submitted,

CORINNE R. RUTZKE
State Bar No. 121520
Attorney for Debtor

6445 Powers Ferry Road
Ste. 265
Atlanta, GA 30339
(770) 952-0400

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:                              )
                                    )
Claude Franklin Garner, Jr.         ) Bankruptcy Case No. 05-30449
                                    ) Chapter 13
Debtor                              ) Judge Brizendine

## VERIFICATION

I hereby certify under penalty of perjury that the attached Amendment which consists of 3 pages, (including this declaration) is true, correct, and complete to the best of my knowledge.

_____   Date: 11-9-05
Claude Franklin Garner, Jr.

Attorney: _____
Corinne R. Rutzke

_____
CORINNE R. RUTZKE
State Bar No. 121520
Attorney for Debtor

6445 Powers Ferry Road
Suite 265
Atlanta, GA 30339
(770) 952-0400

3

Form B6I
(12/03)

In re  **Claude Franklin Garner, Jr.**                                                    , Case No. _____
                              Debtor                                                                        (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP  Daughter | AGE  14 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Internet Sales, Music Production | Owner |
| Name of Employer | Soundscape Audio, Inc. | Glory Be, Inc. |
| How long employed | since 12/17/2002 | past eight years |
| Address of Employer | 4885 Chestates Heights Road  Gainesville, GA 30506 | 1590 Piedmont Avenue  Atlanta, GA 30324 |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---:|---:|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 642.60 | $ 2,235.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 642.60 | $ 2,235.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 45.33 | $ 460.96 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) _____ | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 45.33 | $ 460.96 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 597.27 | $ 1,774.04 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 433.56 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,030.83 | $ 1,774.04 |

TOTAL COMBINED MONTHLY INCOME        $ 2,804.87        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:            **NONE**

Form B6J
(6/90)

In re **Claude Franklin Garner, Jr.**                                                      , Case No.
Debtor                                                                                      (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 872.21 |
| Are real estate taxes included?   Yes ✓   No  | | |
| Is property insurance included?   Yes       No ✓ | | |
| Utilities   Electricity and heating fuel | $ | 150.00 |
| Water and sewer | $ | 71.00 |
| Telephone | $ | 55.00 |
| Other   **Cable** | $ | 53.99 |
| Home maintenance (repairs and upkeep) | $ | 25.00 |
| Food | $ | 354.04 |
| Clothing | $ | 8.00 |
| Laundry and dry cleaning | $ | 8.46 |
| Medical and dental expenses | $ | 75.00 |
| Transportation (not including car payments) | $ | 175.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 66.67 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 83.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 100.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other   **Internet** | $ | 20.00 |
| **School lunches** | $ | 45.00 |
| **School supplies** | $ | 10.00 |
| **Wife's ad valorem tag for Wife's car** | $ | 12.50 |
| **Wife's credit card minimum payment expiring in 63 mo** | $ | 54.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,238.87 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 2,804.87 |
| B. Total projected monthly expenses | $ | 2,238.87 |
| C. Excess income (A minus B) | $ | 566.00 |
| D. Total amount to be paid into plan each   **Monthly** (interval) | $ | 566.00 |

Form B6
(6/90)

# United States Bankruptcy Court
# Northern District of Georgia
# Atlanta Division

In re  **Claude Franklin Garner, Jr.**

Case No.

Chapter  **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 41,439.97 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 117,827.46 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,804.87 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,238.87 |
| Total Number of sheets in ALL Schedules | | 15 | | | |
| | | Total Assets | $ 41,439.97 | | |
| | | | Total Liabilities | $ 117,827.46 | |

CERTIFICATE OF SERVICE

I hereby certify that I have hand delivered a copy of the foregoing Amendment to the following on November 9, 2005:

    Office of Chapter 13 Trustee, James H. Bone
    Attn: George Shaw
    The Equitable Building
    Suite 1100, 100 Peachtree Street, N.W.
    Atlanta, GA 30303-1901

    Claude Franklin Garner, Jr.
    P.O. Box 1657
    Dawsonville, GA 30534

this __9__ day of November 2005

_____
Corinne R. Rutzke