## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

**In re:**

**CLAUDE FRANKLIN GARNER, JR.**  **CASE NO.: 05-30449**

**CHAPTER 13**

**Debtor**

**SSN: xxx-xx-2425**

---

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

This notice is being provided, to advise all parties of record, of the change of address for First American Investment Company, LLC (FAIC), a creditor in the above-referenced case. The original notice in this case showed that FAIC had its former offices located at 65 Great Arrow Drive, Buffalo, NY 14216. This document serves as notice that FAIC has moved its office to the following location:

**First American Investment Company, LLC**
**2809 Wehrle Drive**
**Suite 1**
**Williamsville, NY 14221-7385**

Please note that all future correspondence, notices and Trustee's payments should be sent to this address.

**Dated: 29-Nov-2007**        **FIRST AMERICAN INVESTMENT COMPANY, LLC**

By: Ronald J. Zak
Director of Litigation

## Certificate of Service

I hereby certify that a true and accurate copy of the above and foregoing Notice of Creditor's Change of Address, has been served by regular U.S. Mail, on the Chapter 13 Trustee and the Debtors' Attorney on the 29th day of November, 2007.

By: Ronald J. Zak
Director of Litigation