IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

In Re:                                                                                  Chapter 13

Claude Franklin Garner, Jr.                                          Case No.: G05-30449-REB

2872 MCPHERSON ROAD

ROSWELL, GA  30075

SSN (1):  XXX-XX-2425

## TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy J. Whaley, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The Trustee declares under penalty of perjury as follows:

The case was filed on October 12, 2005.

The plan was confirmed on December 15, 2005.

The case was COMPLETED AS A 36 MONTH BASE PLAN on November 04, 2008.

Number of months from filing to last payment: 36

Number of months case was pending: 37

Dividend to unsecured creditors:  34.21%

**RECEIPTS**:

Total paid by or on behalf of the debtor(s):  $20,376.00

**EXPENSES OF ADMINISTRATION DISBURSED BY TRUSTEE:**

**ATTORNEY FEE:**

Corine R. Rutzke

Fees paid by debtor:  $900.00

Fees paid through plan:  $1,600.00

Total Attorney's Fees:  $2,500.00

**TRUSTEE FEE:**

Amount Paid: $969.56

## DISBURSEMENTS TO CREDITORS:

**UNSECURED:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| Account Management Services | U | $24,052.04 | $15,541.81 | $5,316.30 | $0.00 | $5,316.30 |
| AMERICAN EXPRESS TRAVEL RE | U | $5,494.12 | $5,700.12 | $1,949.73 | $0.00 | $1,949.73 |
| ASSET ACCEPTANCE LLC | U | $12,663.08 | $12,870.75 | $4,402.44 | $0.00 | $4,402.44 |
| CAPITAL ONE BANK | U | $5,001.85 | $3,260.54 | $1,115.27 | $0.00 | $1,115.27 |
| WACHOVIA BANK, N.A. | U | $14,684.12 | $14,684.12 | $5,022.70 | $0.00 | $5,022.70 |
| UNSECURED TOTALS: | | $61,895.21 | $52,057.34 | $17,806.44 | $0.00 | **$17,806.44** |

**SUMMARY OF DISBURSEMENTS TO CREDITORS:**

| | TOTALS |
|---|---|
| **UNSECURED** | **$17,806.44** |
| **TRUSTEE FEE** | **$969.56** |
| **ATTORNEY FEE** | **$1,600.00** |
| **FILING FEE** | |
| **TOTAL DISBURSEMENTS** | **$20,376.00** |
| **TOTAL RECEIPTS** | **$20,376.00** |

 

The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.

Dated:  December 17, 2008

/s/_____

Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303

## CERTIFICATE OF SERVICE

Case No:  G05-30449-REB

This is to certify that I have this day served:


Corine R. Rutzke,   ATTORNEY

6445 Powers Ferry Road, SW

Suite 265

Atlanta, GA  30339


Claude Franklin Garner, Jr.

2872 MCPHERSON ROAD

ROSWELL, GA  30075



In the foregoing matter with a copy of the Trustee's Final Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.



Dated:  December 17, 2008



/s/_____

   Nancy J. Whaley

   Standing Chapter 13 Trustee

   State Bar No. 377941

   303 Peachtree Center Avenue, NE

   Suite 120

   Atlanta, GA 30303

   678-992-1201